IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DANIEL GARZA, | § § § | |
| *Plaintiff,* | § § § | SA-21-CV-00585-JKP |
| vs. | § § § | |
| PRINCIPLE AUTO GROUP, LLC, | § § § | |
| *Defendant.* | § | |

## ORDER

Before the Court in the above-styled cause of action is the parties' Joint Motion to Abate and Compel Arbitration [#4]. By their motion, the parties inform the Court that Plaintiff Daniel Garza signed an Arbitration Agreement dated May 19, 2010, by which he agreed to submit all claims asserted in this lawsuit to binding arbitration. The parties agree that the arbitration agreement is valid and governs Plaintiff's claims and therefore request an order that all claims be submitted to arbitration and that this case be abated pending a final arbitral award. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Abate and Compel Arbitration [#4] is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter (including all claims and all parties hereto) be **SUBMITTED** to binding arbitration.

**IT IS FURTHER ORDERED** that Plaintiff's claims in this matter be **ABATED** pending arbitration of this matter.

**IT IS FINALLY ORDERED** that the parties notify the Court within **30 days** of the issuance of a final arbitral award.

1

2

**IT IS SO ORDERED.**

SIGNED this 26th day of July, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

2